UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIA BOLIVAR, | No. C 12-2030 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| TAYLOR BEAN & WHITAKER, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on August 2, 2012. However, as there is no indication that any of the Defendants have been served, the Court VACATES the August 2 conference and ORDERS Plaintiff Maria Bolivar to file a status report by August 9, 2012.

**IT IS SO ORDERED.**

Dated: July 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA BOLIVAR,

                Plaintiff(s),

   v.

TAYLOR BEAN & WHITAKER, ET AL.,

                Defendant(s).

No. C 12-02030 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Bolivar
4561 Horseshoe Circle
Antioch, CA 94531

Dated: July 26, 2012

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk