**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLIVAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C-12-2030 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANTS OCWEN LOAN SERVICING, LLC, CAL-WESTERN RECONVEYANCE CORPORATION, YVONNE J. WHEELER, AND ROSALYN HALL SHOULD NOT BE DISMISSED** |

"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

On April 23, 2012, plaintiff filed the above-titled action, naming in her complaint eleven defendants. To date, plaintiff has not filed proof of service of the summons and FAC upon four of the named defendants, specifically, Ocwen Loan Servicing, LLC, Cal-Western Reconveyance Corporation, Yvonne J. Wheeler, and Rosalyn Hall.

Accordingly, pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 17, 2012, why her claims against Ocwen Loan Servicing, LLC, Cal-Western Reconveyance Corporation, Yvonne J. Wheeler, and

1  Rosalyn Hall should not be dismissed for failure to serve the summons and complaint
2  within the time required by said Rule.
3      **IT IS SO ORDERED.**
4
5  Dated:  September 4, 2012
                                              _____
6                                             MAXINE M. CHESNEY
                                              United States District Judge