IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA BOLIVAR,

    Plaintiff,

v.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP., et al.,

    Defendants.

No. C-12-2030 MMC

**ORDER DISMISSING DEFENDANTS OCWEN LOAN SERVICING, LLC, CAL-WESTERN RECONVEYANCE CORPORATION, YVONNE J. WHEELER, AND ROSALYN HALL**

By order filed September 4, 2012, the Court directed plaintiff Maria Bolivar to show cause, in writing and no later than September 17, 2012, why her claims against defendants Ocwen Loan Servicing, LLC, Cal-Western Reconveyance Corporation, Yvonne J. Wheeler, and Rosalyn Hall should not be dismissed for failure to serve said defendants with the summons and complaint within the time provided by the Federal Rules of Civil Procedure. Plaintiff did not file a response.

Accordingly, plaintiff having failed to serve said defendants and having failed to show an extension of time to do so is warranted, the Court hereby DISMISSES without prejudice plaintiffs' claims against Ocwen Loan Servicing, LLC, Cal-Western Reconveyance Corporation, Yvonne J. Wheeler, and Rosalyn Hall. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: September 20, 2012

MAXINE M. CHESNEY
United States District Judge