IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA BOLIVAR,

    Plaintiff,

  v.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP., et al.,

    Defendants.

No. C-12-2030 MMC

**ORDER DENYING AS MOOT DEFENDANT DEUTSCHE BANK TRUST'S MOTION TO DISMISS; VACATING OCTOBER 26, 2012 HEARING**

By separate order filed concurrently herewith, the Court, on motion filed by defendants Wells Fargo Bank, N.A. and RALI Series 2006-Q03 Trust, has dismissed plaintiff's complaint. In light of said dismissal, the Motion to Dismiss filed September 17, 2012 by defendant Deutsche Bank Trust Company Americas is hereby DENIED as moot, and the October 26, 2012 hearing on said motion is VACATED.

Further, the Court notes that said defendant did not file proof of service of its motion on plaintiff. All defendants are reminded that each filing must be served by mail on plaintiff, who is not an e-filer, and proof of such service must be filed as well. See Civil L. R. 5-5(a).

**IT IS SO ORDERED.**

Dated: September 28, 2012

MAXINE M. CHESNEY
United States District Judge