IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA BOLIVAR,        No. C-12-2030 MMC

    Plaintiff,        **ORDER DISMISSING ACTION**

  v.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP., et al.,

    Defendants.
/

By order filed September 28, 2012, the Court dismissed, for failure to state a claim, plaintiff's sole federal cause of action, and declined to exercise supplemental jurisdiction over plaintiff's state law claims. By the same order, the Court afforded plaintiff leave to file, no later than October 19, 2012, an amended complaint. Plaintiff has not filed a amended complaint.

Accordingly, for the reasons stated in the Court's order of September 28, 2012, the instant action is hereby DISMISSED, without further leave to amend.

**IT IS SO ORDERED.**

Dated: October 26, 2012

                                          MAXINE M. CHESNEY
                                          United States District Judge